# State of New Hampshire
## CERTIFIED ABSTRACT OF A CERTIFICATE OF DEATH

FILE # 2001004171

| | |
|---|---|
| FULL NAME OF DECEASED | EDWARD VERNAL MUSSEY SR |
| SEX | MALE |
| DATE OF DEATH | APPROX APRIL 30, 2001 |
| AGE | 60 YR |
| DATE OF BIRTH | MARCH 21, 1941 |
| BIRTHPLACE | FRANKLIN, NEW HAMPSHIRE |
| MOTHER'S NAME | MILDRED TUCKER |
| FATHER'S NAME | RALPH MUSSEY |
| PLACE OF DEATH | NEW HAMPTON, NEW HAMPSHIRE |
| MARITAL STATUS | MARRIED |
| SPOUSE | LINDA C EMERY |
| SOCIAL SECURITY NUMBER | 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 |
| RESIDENCE | FRANKLIN, NEW HAMPSHIRE |
| PLACE OF DISPOSITION | GRANITE STATE CREMATORY, CONCORD, NEW HAMPSHIRE |
| FINAL PLACE OF DISPOSITION | NH STATE VETERANS CEMETERY, BOSCAWEN, NEW HAMPSHIRE |
| DATE OF DISPOSITION | JUNE 04, 2001 |
| MANNER OF DEATH | COULD NOT BE DETERMINED |
| FILE DATE | JUNE 04, 2001 |
| CAUSE OF DEATH | |
| a | UNDETERMINED |
| OTHER SIGNIFICANT CONDITIONS | |
| DESCRIBE HOW INJURY OCCURRED | BODY RECOVERED-WATER ONE MONTH AFTER DISAPPEARANCE |
| DATE/TIME OF INJURY | |
| PLACE OF INJURY | UNKNOWN |
| LOCATION OF INJURY | UNKNOWN, UNKNOWN, UNKNOWN, UNKNOWN |
| NAME AND ADDRESS OF CERTIFIER | THOMAS P. GILSON MD, 246 PLEASANT STREET, CONCORD, NEW HAMPSHIRE 03301 |
| MARGINAL NOTES | CAUSE OF DEATH, DATE OF INJURY, INJURY DESCRIPTION, LOCATION OF INJURY CITY, LOCATION OF INJURY STATE, LOCATION OF INJURY STREET, NUMBER OF PLACE OF INJURY AT TIME OF INJURY, TIME OF INJURY AM/PM AMENDED 08/07/2001 PER SUPPLEMENTAL REPORT |

602536

I HEREBY CERTIFY THAT THIS IS A TRUE ABSTRACT ISSUED FROM THE OFFICIAL RECORDS ON FILE AT THIS OFFICE.

ATTEST: [signature]  STATE/LOCAL REGISTRAR  [signature] William R. Bolton, Jr. State Registrar

DATE ISSUED: AUGUST 22, 2001   STATE CITY/TOWN OF: LACONIA

*This copy not valid unless prepared on engraved border displaying seal and signature of Registrar. It shall be unlawful for anyone to reproduce this certificate other than local or State Registrar.

VS-SP1