# SEUFERT PROFESSIONAL ASSOCIATION

## Attorneys at Law

**Christopher J. Seufert**
National Board Certified—
Civil Trial Specialist
Admitted in NH, MA & NC

**William L. Egge**
Admitted in NH & FL



*overnight express mail*

Reply to:

59 Central Street
Franklin, NH 03235
(603) 934-9837
Fax (603) 934-9838

Concord, NH 03301
(603) 224-8672

www.seufertlaw.com

May 28, 2003

Debbie J. Aitchinson
Sun Life Assurance Company of Canada
SC3225
One Sun Life Executive Park
Wellesley Hills, Massachusetts  02481

### RE:  EDWARD MUSSEY – Social Security #: 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
### Group Policy Number 27578

Dear Ms. Aitchinson:

Enclosed at long last please find the NH Fish & Game Department Investigative Report in this case which unfortunately is still inconclusive as to cause of death.  On behalf of the Estate of Edward Mussey and his widow, Linda Mussey, we are requesting an additional 180 day extension of the review period so that we can supplement this file.  I have spoke with Linda Mussey and she has agreed to retain an independent medical examiner to review the State of NH Autopsy as well as the Fish & Game Report to see whether a conclusion can be made as to whether the death was accidental.  We believe that 180 days should be sufficient for us to engage a medical examiner for this purpose.

Very truly yours,

Christopher J. Seufert, Esquire

Enclosure
cc:  Linda Mussey
/tbh



**SEUFERT PROFESSIONAL ASSOCIATION**
59 Central Street
Franklin, New Hampshire 03235

**TO:**

Sun Life Assurance Company of Canada
a/k/a Life Insurance Company of NA
One Sun Life Executive Park
Wellesley Hills, Massachusetts

02481-5699

FIRST CLASS

RETURN RECEIPT REQUESTED

7003 0500 0004 3134 3135

U.S. POSTAGE
FRANKLIN, NH
FEB 18 '04
AMOUNT
$6.49
00048800-28